IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE BANKRUPTCY MATTER OF:

Michael King and Suzan King

Chapter 13 No.    13-48415

Judge    Pamela S. Hollis

Debtors

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on May 24, 2018, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Ross T. Brand

**Certificate of Service**

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtors by depositing same in the United States mail at 150 N Michigan Ave., Chicago, Illinois 60601 at 5:00 p.m. on May 24, 2018 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.0998

**SERVICE LIST**

Michael King and Suzan King
20131 S Greenfield Lane
Frankfort, IL 60423

Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Amanda Wilson
Law Offices of Thomas M. Britt, P.C.
7601 W. 191st Suite 1W
Tinley Park, IL 60487